**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | |
|---|---|
| JOSEPH MARVELLI, | : No. 12 EAL 2024 |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| U.S. FOODS, INC. (WORKERS' COMPENSATION APPEAL BOARD), | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.